## CITY OF NEW YORK v. ALLEN et al.

(Supreme Court, Appellate Division, Second Department. June 29, 1905.)

Appeal from Special Term.

In the matter of the application of the city of New York for a writ of certiorari to S. Fletcher Allen and others, as assessors of the town of Cortlandt, county of Westchester, etc. From an adverse judgment and order, the city appeals. Affirmed.

Argued before HIRSCHBERG, P. J., and BARTLETT, WOODWARD, JENKS, HOOKER, RICH, and MILLER, JJ.

John J. Delany, Corp. Counsel, and I. J. Beaudrias, for appellant. Robert McCord, for respondents.

PER CURIAM. Order and judgment affirmed, with costs, on the opinion of Mr. Justice Keogh at Special Term. See 94 N. Y. Supp. 1111.